IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JEREMY BECK | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv56 |
| WARDEN, USP BEAUMONT | § | |

<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S<br>REPORT AND RECOMMENDATION</u>

Petitioner Jeremy Beck, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the petition be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections to the Report and Recommendation have been filed.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 13] is ADOPTED.  A final judgment shall be entered denying the petition.

**SIGNED this 13th day of December, 2023.**

Michael J. Truncale<br>
United States District Judge